NO. 12-17-00366-CV

IN THE 12TH COURT OF APPEALS DISTRICT
TYLER, TEXAS

MICHAEL A. KENNEDY. Plaintiff/Appellees
VS.
JAMES T. WORTHERN, Justice and
BRAIN J. HOYLE, Judge 12th Court
OF APPEALS. Defendant/Appellee

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC - 1 2017    elKm

TYLER TEXAS
PAM ESTES, CLERK

NOTICE OF APPEALS SECOND NOTICE OF APPEAL
I, Michael A. KENNEDY, hereby give notice
of Appeals to the 12th court of APPEALS to the
trial court Case-3-512-cv for the 3Rd Judicial
District court of a Civil Rights complaint that
was denied OR dismissed by the trial court and
notice is given in FORMA PAUPERIS without costs to
the petitioner / Plaintiff Appelles

Signed on this November 27, 2017

Michael A. Kennedy
#1516203
Polunsky unit
3872 FM 350 South
Livingston, Texas 77351